**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TINA SCHUELLER** | : | Case No.   19-cv-178-JMY |
| | : | |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **PENNYPACK WOODS HOME** | : | |
| **OWNERSHIP ASSOCIATION,** | : | |
| | : | |
| *Defendant* | : | |

**MEMORANDUM**

**YOUNGE, J.**                                                                    **DECEMBER 21, 2021**

      Plaintiff Tina Schueller brought this action under the Fair Housing Amendments Act

("FHAA"), 42 U.S.C. §3601 *et seq.* against Defendant Pennypack Woods Home Ownership

Association ("Pennypack") alleging that Pennypack discriminated against her due to her

disability when it failed to make an exception to Pennypack's minimum income requirements.

Now before this Court is Defendant's Motion for Summary Judgment. The Court finds this

matter appropriate for resolution without oral argument.  *See* Fed. R. Civ. P. 78; L.R. 7.1(f).  For

the reasons set forth below, the Court grants the Defendant's Motion.

**I.      BACKGROUND[1]**

      **A.  Factual Background**

      Pennypack is a non-profit Pennsylvania corporation which owns and manages a

community of approximately 1,000 housing units of one, two, and three-bedrooms in northeast

Philadelphia. (ECF No. 2; ECF No. 22, ECF. No. 39-1).  Plaintiff's father, Frank Lippincott,

---

[1]      The Court adopts the pagination supplied by the CM/ECF docketing system.